IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Orly Genger,<br><br>　　　　　　Debtor. | Case No. 19-mc-459<br><br>Underlying Case No. from U.S. Bankruptcy Court for the Western District of Texas: 19-bk-10926-TMD |

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, upon the accompanying Memorandum of Law in Support of Non-Party Creditor KBT's Motion to Quash Subpoena and the exhibit thereto, non-party Kasowitz Benson Torres LLP will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a time and date to be determined by the Court, for an Order quashing the subpoena dated September 27, 2019.

Dated: New York, NY
　　　　October 10, 2019

　　　　　　　　　　　　　　　　　　　　　　KASOWITZ BENSON TORRES LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Michael Paul Bowen*
　　　　　　　　　　　　　　　　　　　　　　Michael Paul Bowen
　　　　　　　　　　　　　　　　　　　　　　Andrew R. Kurland
　　　　　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　　　　　　mbowen@kasowitz.com
　　　　　　　　　　　　　　　　　　　　　　Tel.: 212-506-1700
　　　　　　　　　　　　　　　　　　　　　　Fax: 212-506-1800

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Kasowitz Benson Torres LLP*