# MISCELLANEOUS CASE COVER SHEET

| **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| In re Orly Genger, debtor | |

| **Attorney's** (Firm Name, Address, and Telephone Number) | **Attorneys (If Known)** |
|---|---|
| Eric Taube, Waller Lansden Dortch & Davis, LLP, 100 Congress Avenue, Suite 1800, Austin, TX 78701 (512) 685-6401 | |

**DESCRIPTION OF CASE**

Motion to Quash a subpoena returnable in this District, which was issued by creditor Sagi Genger out of the U.S. Bankruptcy Court for the Western District of Texas in Case No. 19-bk-10926-TMD

**Has this or a similar case been previously filed in SDNY ?**

No? ☒  Yes? ☐    Judge Previously Assigned _____

If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

☐ M 08-85 Motion to Compel
☒ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings

☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 GJ Subpoenas - Unsealed
☐ M 11-189 GJ Subpoenas - Sealed
☐ M 16-88 Sale of Unclaimed Seamen's Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☐ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition
☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order From Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47**B** Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case In This Court
☐ M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York

☐ M 52 Application for Leave to File a Complaint

☐ M 53 Order Barring Individual from Entering Courthouse Building

☐ M 54 Immigration Naturalization - Order Delaying Deportation

☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others

☐ M 58 Application for Extension of Time to File Petition for Removal

☐ M 59 Application to Produce Federal Prisoner in State Court

☐ M 67 Notice of Eviction to Squatters (USA Cases)

☐ M 71 Application re: Federal Rules Cr. 11(e)(2)

☐ M 72 Order of Attachment of Another District – EDNY

☐ M 73 Subpoena to Government Agency

☐ M 75 Application for Writ of Garnishment

☐ M 76 Central Violations Bureau

☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal

☐ M 90 Order of Attachment

☐ M 93 Letters Rogatory _____

☐ M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER _____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    **No** [X]   **Yes** [ ]

**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    **WHITE PLAINS** [ ]    **MANHATTAN** [X]

| DATE | **SIGNATURE OF ATTORNEY OF RECORD** | **ADMITTED TO PRACTICE IN THIS DISTRICT** |
|---|---|---|
| | /s/ Michael Paul Bowen | [ ] U.S. GOVERNMENT ATTORNEY |
| | | [ ] NO |
| | | [X] YES (DATE ADMITTED MO. 11  YR. 1994  ) |
| RECEIPT # | | ATTORNEY BAR CODE # MB5443 |

Ruby J. Krajick, Clerk of Court,  _____     Dated_____

by Rev. 04/2019