

# EMMET, MARVIN & MARTIN, LLP
## COUNSELLORS AT LAW

120 Broadway  
New York, New York 10271  
212-238-3000

**www.emmetmarvin.com**

John Dellaportas  
*Partner*  
Tel: 212-238-3092  
Fax: 212-238-3100 •Fax (alt.) 212-608-0544  
jdellaportas@emmetmarvin.com

October 11, 2019

**VIA ECF**

Honorable J. Paul Oetken  
United States District Judge  
United States District Court for the  
Southern District of New York  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007

**Re:**   *In re Orly Genger*, **Case #: 1:19-mc-00459-JPO**

Dear Judge Oetken:

This firm represents the subpoenaing party, Sagi Genger, in the above-referenced action. The subpoena seeks deposition testimony from the recipient, the law firm of Kasowitz Benson Torres LLP ("Kasowitz"), relevant to certain motions scheduled to be heard on October 23, 2019 before the U.S. Bankruptcy Court for the Western District of Texas. Kasowitz has refused to appear for deposition until the Bankruptcy Court resolves certain motions to quash made by other witnesses in that case.

In paragraph 5 of its Memorandum of Law (Doc. 2), Kasowitz states that it consents to transfer its Motion to Quash to the Western District of Texas. In order to expedite a resolution of the Motion to Quash, and to enable the Bankruptcy Court to make consistent and coordinated discovery rulings, our client also consents to transfer to the Western District of Texas. In light of the upcoming hearing, we respectfully request the Court enter a transfer order at its earliest convenience.

We thank the Court for its consideration.

Sincerely,

John Dellaportas